Reza Sina  (SBN 250428)
**SINA LAW GROUP**
801 S. Figueroa Street, 12th Floor
Los Angeles, California 90017
Telephone: (213) 417-3661
Facsimile:  (877) 341-5578
reza@sinalawgroup.com

Theodore F. Monroe (SBN 150317)
**LAW OFFICES OF THEODORE F. MONROE**
801 South Figueroa Street, 12th Floor
Los Angeles, California 90017
Telephone: (213) 233-2272
Facsimile:  (213) 622-1444
monroe@tfmlaw.com

Attorneys for Plaintiff Sarah Amezquita

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH AMEZQUITA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 2:11-CV-02104-MCE-AC**<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL** |

# ORDER

Based on the Stipulation of the Parties (ECF No. 10) and good cause having been shown, this action is hereby *dismissed with prejudice* in its entirety, pursuant to F.R.C.P. 41(a)(1).

IT IS SO ORDERED.

Dated:  January 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1